UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Debtor(s) Jack F. Carson Jr.
Stacy A Carson

Case No: 6:15-bk- 08013

[#    AMENDED (if applicable)] CHAPTER 13 PLAN

**CHECK ONE:**

_____    Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__X__    The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

1.    **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of __60__ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

(A)    $ 1,977    for months    1    through    11
(B)    $ 2,033    for months    12    through    60
(C)    $_____    for months _____ through _____

To pay the following creditors:

2.    **ADMINISTRATIVE ATTORNEY'S FEES.**

Base Fee $ 4810    Total Paid Prepetition $ 1310    Balance Due $3500

Estimated Additional Fees Subject to Court Approval    $_____

Attorney's Fees Payable through Plan $ 58.33    Monthly (subject to adjustment)

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| | | |
| | | |

4. **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

   **(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

   **(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| 8374 | Selene Finance LP | 648 Kettering Rd, Deltona, FL 32725 | $1774.70 |

2

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Interest @ ___% |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**(D)    Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ ___% |
|---|---|---|---|---|---|
| 7847 | Hyundai Finance | 2014 Hyundai Santa Fe | $26,817 | $506.91 | 4.89% |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| N/A | $250 Mediator Fee | N/A |

3

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| N/A | Saxon Ridge HOA, Inc. | 348 Kettering Rd, Deltona, FL 32725 |
| | | |
| | | |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: ~~The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section~~ below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| | | |
| | | |

6. **LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| | | | | |
| | | | | |

7. **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $ 20.60   .

8. **ADDITIONAL PROVISIONS:**

   (A)   Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

   ~~(B)   Payments made to any creditor shall be based upon the amount set forth in the~~ creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C) Property of the estate (check one)*

(1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

(2) _____ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9. **NONCONFORMING PROVISIONS:** $50 monthly monitoring fee will be paid to the Debtor's Attorney post confirmation

_____
Debtor                                    Dated: 9/21/15

_____
Debtor                                    Dated: 9/21/15

5

| filing date | 9/21/2015 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1st pmt date | 10/21/2015 | | | | 10.0% | | | | | |
| | Unsecured | | | Debtor Pmt | Tee Fee | | | Car 1 - Hyundai | | |
| plan term | 60 | | 60 | | | Selene - 1st Mtg | Atty Fees | Hyundai Financial | Mediator | Monitoring |
| 10/21/2015 | 1 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | DIRECT | $0.00 |
| 11/21/2015 | 2 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 12/21/2015 | 3 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 1/21/2016 | 4 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 2/21/2016 | 5 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 3/21/2016 | 6 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 4/21/2016 | 7 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 5/21/2016 | 8 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 6/21/2016 | 9 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 7/21/2016 | 10 | $0.02 | | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 8/21/2016 | 11 | $0.02 | 11 at | $1,977.00 | $197.70 | $1,214.04 | $58.33 | $506.91 | | $0.00 |
| 9/21/2016 | 12 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 10/21/2016 | 13 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 11/21/2016 | 14 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 12/21/2016 | 15 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 1/21/2017 | 16 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 2/21/2017 | 17 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 3/21/2017 | 18 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 4/21/2017 | 19 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 5/21/2017 | 20 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 6/21/2017 | 21 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 7/21/2017 | 22 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 8/21/2017 | 23 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 9/21/2017 | 24 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 10/21/2017 | 25 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 11/21/2017 | 26 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 12/21/2017 | 27 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 1/21/2018 | 28 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 2/21/2018 | 29 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 3/21/2018 | 30 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 4/21/2018 | 31 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 5/21/2018 | 32 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 6/21/2018 | 33 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 7/21/2018 | 34 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 8/21/2018 | 35 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 9/21/2018 | 36 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 10/21/2018 | 37 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 11/21/2018 | 38 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 12/21/2018 | 39 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 1/21/2019 | 40 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 2/21/2019 | 41 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 3/21/2019 | 42 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 4/21/2019 | 43 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 5/21/2019 | 44 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 6/21/2019 | 45 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 7/21/2019 | 46 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 8/21/2019 | 47 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 9/21/2019 | 48 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 10/21/2019 | 49 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 11/21/2019 | 50 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 12/21/2019 | 51 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 1/21/2020 | 52 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 2/21/2020 | 53 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 3/21/2020 | 54 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 4/21/2020 | 55 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 5/21/2020 | 56 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 6/21/2020 | 57 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 7/21/2020 | 58 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 8/21/2020 | 59 | $0.42 | | $2,033.00 | $203.30 | $1,214.04 | $58.33 | $506.91 | | $50.00 |
| 9/21/2020 | 60 | $0.22 | 49 at | $2,033.00 | $203.30 | $1,214.04 | $58.53 | $506.91 | | $50.00 |
| | | | | | | | | | | |
| receiving | | $20.60 | | $121,364.00 | $12,136.40 | $72,842.40 | $3,500.00 | $30,414.60 | | $2,450.00 |
| total unsec. | | $16,969.80 | | | | | | | | |
| | | 0% | | | | | | | | |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Jack F Carson Jr.
Stacy A Carson

      Debtor (s).
_____/

Chapter: 13
Case No. 6:15-bk-

### CERTIFICATE OF SERVICE FOR CHAPTER 13 PLAN

COMES NOW, the undersigned counsel hereby certifies that copies of the Chapter 13 Plan have been furnished by regular U.S. Mail or electronically via ECF to Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, Debtors Jack F Carson Jr. and Stacy A Carson, 348 Kettering Rd, Deltona, FL 32725; and to all parties on the attached creditor matrix, this 21st of September, 2015.

By: /s/ Michael A. Kerwin
Michael A. Kerwin, Esq.
Florida Bar No. 102697
Clark & Lagrow, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: mkerwin@youhavepower.com

```
Label Matrix for local noticing          Stacy M Carson
113A-6                                   348 Kettering Rd
Case 6:15-bk-08013                       Deltona, FL 32725-5694
Middle District of Florida
Orlando
Mon Sep 21 13:17:01 EDT 2015

AR Resources                    Amex/American Express            (p)BANK OF AMERICA
PO Box 1056                     Po Box 3001                      PO BOX 982238
Blue Bell, PA 19422-0287        16 General Warren Blvd           EL PASO TX 79998-2238
                                Malvern, PA 19355-1245


Bank of America                              Barclays Bank Delaware           Brighthouse Cable
Attn: Correspondence Unit/CA6-919-02-41      Attn: Bankruptcy                 3467 All American Blvd
Po Box 5170                                  P.O. Box 8801                    Orlando, FL 32810
Simi Valley, CA 93062-5170                   Wilmington, DE 19899-8801


Cap1/bstby                      Capital One                      Cardiovascular Specialist PA
Po Box 5253                     Attn: Bankruptcy                 305 N Mangoustine Ave
Carol Stream, IL 60197-5253     Po Box 30285                     Sanford, FL 32771-1004
                                Salt Lake City, UT 84130-0285


Carrington Mortgage Se                   Chase                                       Chase Mtg
1610 E Saint Andrew Place Sutie B150     Chase Card Svcs/Attn:Bankruptcy Dept        Po Box 1093
Santa Ana, CA 92705-4931                 Po Box 15298                                Northridge, CA 91328
                                         Wilmington, DE 19850-5298


Crd Prt Asso                    Dr Ashit K Shah, MD              Dr Mark K Caraker MD
Attn: Bankruptcy                601 E Rollins St                 701 W Plymouth Ave
Po Box 802068                   Orlando, FL 32803-1248           Deland, FL 32720-3236
Dallas, TX 75380-2068


FL Hospital - Orange City       FL Hospital Altamonte            (p)FAIRWINDS CREDIT UNION
1055 Saxon Blvd                 601 E Altamonte Dr               3075 N ALAFAYA TRAIL
Orange City, FL 32763-8468      Altamonte Springs, FL 32701-4802 ORLANDO FL 32826-3259


Florida Department of Revenue   (p)FORD MOTOR CREDIT COMPANY     Grow Financial FCU
Bankruptcy Unit                 P O BOX 62180                    Attn: Bankruptcy
Post Office Box 6668            COLORADO SPRINGS CO 80962-2180   Po Box 89909
Tallahassee FL 32314-6668                                        Tampa, FL 33689-0415


Hyundai Finance                 Hyundai Finc                     Insight Cu
Attn: Bankruptcy                Attn: Bankruptcy                 Attn. Collections Department
Pob 20809                       Pob 20809                        Po Box 4900
Fountain Valley, CA 92728-0809  Fountain Valley, CA 92728-0809   Orlando, FL 32802-4900


Internal Revenue Service        JLR                              Kohls/capone
Post Office Box 7346            291 Southhall Lane               Po Box 3115
Philadelphia PA 19101-7346      Maitland, FL 32751-7290          Milwaukee, WI 53201-3115
```

| | | |
|---|---|---|
| Maitland Municipal Complex<br>1776 Independence Lane<br>Maitland, FL 32751-5639 | Nelnet<br>Attn: Claims<br>Po Box 17460<br>Denver, CO 80217-0460 | Nguyen Steve Dang Vu, MD<br>10916 Dylan Loren Circle<br>Orlando, FL 32825-4447 |
| (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | North Amercn<br>2810 Walker Rd<br>Chattanooga, TN 37421-1082 | Priamvada M Singh MD<br>515 Wekiva Commons Circle<br>Apopka, FL 32712-3645 |
| Provident Funding Asso<br>Po Box 5914<br>Santa Rosa, CA 95402-5914 | QDX Pathology Services Inc<br>46 Jackson Drive<br>Cranford, NJ 07016-3504 | Radiology Assoc Imaging<br>2090 Saxon Blvd Ste A<br>Deltona, FL 32725-3251 |
| Ramkishan R Gummadapu MD<br>515 Wekiva Commons Circle<br>Apopka, FL 32712-3645 | Saad Khan<br>2541 S Volusia Ave<br>Ste 300<br>Orange City, FL 32763-9116 | Saxon Ridge HOA Inc.<br>c/o The Mankin Law Group<br>2535 Landmark Drive<br>Ste 212<br>Clearwater, FL 33761-3930 |
| Selene Finance LP<br>9990 Richmond<br>Houston, TX 77042-8500 | Simonmed Imaging FL LLC<br>PO Box 204150<br>Dallas, TX 75320-4150 | Simonmed Med Imaging<br>1110 W Fairbanks Ave<br>Winter Park, FL 32789-4721 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Syncb/belk<br>Po Box 965028<br>Orlando, FL 32896-5028 | Synchrony Bank/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |
| Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | Wells Fargo Hm Mortgag<br>7255 Baymeadows Wa<br>Des Moines, IA 50306 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Michael A Kerwin +<br>Clark & Lagrow, PLLC<br>500 Winderley Place, Unit 100<br>Maitland, FL 32751-7406 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | (d)Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Fairwinds Credit Union<br>3075 N Alafaya Trl<br>Orlando, FL 32826 |

| | | |
|---|---|---|
| (d)Fairwinds Credit Union<br>Attention: Bankruptcy<br>3075 N. Alafaya Trail<br>Orlando, FL 32826 | Ford Motor Credit Corporation<br>Ford Motor Credit<br>Po Box 6275<br>Dearborn, MI 48121 | Nissan Motor Acceptance<br>Attn: Bankruptcy<br>8900 Freeport Parkway<br>Irving, TX 75063 |
| Springleaf Financial S<br>2499 Enterprise Rd Ste F<br>Orange City, FL 32763 | End of Label Matrix<br>Mailable recipients    52<br>Bypassed recipients     0<br>Total                  52 | |